No. 78–1314. SPENCER v. SPENCER. Appeal from Ct. App. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–946. BENEFIELD v. FLORIDA. Application to continue stay of mandate of the Supreme Court of Florida, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–949 (78–6620). CARDILLO v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 3d Cir. Application for release from custody, addressed to MR. JUSTICE STEWART and referred to the Court, denied.

No. A–957. BEHNKE v. COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF IOWA STATE BAR ASSN. Sup. Ct. Iowa. Application for stay of disciplinary sentence, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE BLACKMUN would grant the application.

No. A–970. HAYNIE v. UNITED STATES. C. A. 4th Cir. Application for bail pending appeal, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–995. GOMES v. RHODE ISLAND INTERSCHOLASTIC LEAGUE ET AL. Application to vacate stay entered by the United States Court of Appeals for the First Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–137. IN RE DISBARMENT OF GILBERT. Disbarment entered. [For earlier order herein, see 439 U. S. 905.]

No. D–156. IN RE DISBARMENT OF FALK. Disbarment entered. [For earlier order herein, see 439 U. S. 1124.]